CRUCIBLE STEEL COMPANY OF AMERICA, PROSECUTOR-APPELLANT, v. COURT OF COMMON PLEAS IN AND FOR THE COUNTY OF HUDSON, AND GUSTAV BACH, CLERK OF THE COURT OF COMMON PLEAS, AND ADOLPH SARIEGO, RESPONDENTS.

Submitted February 14, 1936—Decided May 14, 1936.

For the appellant, *Clarence B. Tippett.*

For the respondents, *William E. Sewell.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.